1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

7
8
9   UNITED STATES OF AMERICA,

10                              Plaintiff,          Case No. 2:21-CR-0154-TOR

11
                    v.
12                                                  Order Granting Government's Motion
13   LUIS TEJEDA-TAPIA,                             for a Protective Order

14                              Defendant.
15

16       IT IS HEREBY ORDERED that:

17       1.      The Government's Motion for a Protective Order, ECF No. 25, is

18   GRANTED.

19       2.      The Government will provide discovery materials on an on-going basis to

20   defense counsel;

21       3.      Discovery materials that contain the voice or image of a confidential source

22   will be made available for defense counsel's review at the United States Attorney's

23   Office. Until further Order of the Court, those materials may not be shown to the

24   Defendant or left in the Defendant's custody;

25       4.      Defense counsel may possess, but not copy (excluding the production of

26   necessary working copies), all discovery materials that do not contain the voice or image

27   of a confidential source, including sealed documents;

28

Order Granting Government's Motion for a Protective Order - 1

5.      Defense counsel may show to, and discuss with the Defendant, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

6.      Defense counsel shall not provide original or copies of discovery materials to the Defendant;

7.      Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

8.      The Government, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:21-CR-00154-TOR; provided however, any written reference to the content of the protected discovery shall be filed under seal.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

Dated October 4, 2022.



_____
Thomas O. Rice
United States District Judge

Order Granting Government's Motion for a Protective Order - 2